746 A.2d 1107

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC ASSISTANCE, Appellant,**

v.

**PENNSYLVANIA FINANCIAL RESPONSIBILITY ASSIGNED CLAIMS PLAN, Appellee.**

Supreme Court of Pennsylvania.

Feb. 23, 2000.

## *ORDER*

PER CURIAM:

The order of Commonwealth Court is hereby affirmed.

Justice NIGRO dissents.